UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 19-cv-61186-Smith

LAURA LAVECCHIA,

     Plaintiff,

vs.

HARLEY DAVIDSON
FINANCIAL SERVICES, INC,

     Defendant.

_____/

## NOTICE OF PROPOSED SETTLEMENT

     Plaintiff hereby notifies the Court that Plaintiff and Defendant have settled this matter in

principal and are awaiting the signature of both parties on the settlement documents.  Plaintiff

requests thirty (30) days to file the requisite dismissal notice.

Debt Shield Law
3440 Hollywood Blvd., Suite 415
Hollywood, FL 33021
Tel:    305-776-1805
Fax:    305-503-9457
legal@debtshieldlawyer.com
joel@debtshieldlawyer.com


  */s/ Joel D. Lucoff*  
Joel D. Lucoff
Fla. Bar No. 192163

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 19-cv-61186-Smith

LAURA LAVECCHIA,

     Plaintiff,

vs.

HARLEY DAVIDSON
FINANCIAL SERVICES, INC,

     Defendants.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>October 1, 2019</u>, I filed the foregoing document with the Clerk of Court.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Joel D. Lucoff*
Joel D. Lucoff

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF