UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61186-CIV-SMITH

LAURA LAVECCHIA,

    Plaintiff,

v.

HARLEY-DAVIDSON FINANCIAL
SERVICES, INC.,

    Defendant.

_____/

## ORDER DISMISSING CASE

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 13]. It is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of January 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record